5:14-CV-19 #16

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery 5-16-14 |
| 1. Article Addressed to:<br>Joshua Robert Daly<br>11054-091<br>LEWISBURG<br>U.S. PENITENTIARY<br>Inmate Mail/Parcels<br>P.O. BOX 1000<br>LEWISBURG, PA 17837 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED<br>MAY 19 2014<br>U.S. DISTRICT COURT-WVND<br>WHEELING, WV 26003 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 2920 0001 0782 3185 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |