IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JOSHUA ROBERT DALY, | ) |
| | ) |
| Petitioner, | ) |
| | )   Civil Action No. 5:14-cv-19 |
| V. | ) |
| | ) |
| | ) |
| WARDEN TERRY O'BRIEN, | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION TO DISMISS OR FOR
SUMMARY JUDGMENT AND
RESPONSE TO SHOW CAUSE ORDER**

Comes now Respondent, Terry O'Brien, Warden, by counsel, Helen Campbell Altmeyer, Assistant United States Attorney for the Northern District of West Virginia and respectfully moves that the Petition filed herein be dismissed or that summary judgment be granted in his favor for the reasons fully set forth in the attached MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS OR FOR SUMMARY JUJDGMENT AND RESPONSE TO ORDER TO SHOW CAUSE.

Respectfully submitted,

WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY

By:   /s/  Helen Campbell Altmeyer
Assistant United States Attorney
WV Bar # 117
United States Attorney's Office
P.O. Box 591
Wheeling, WV  26003
Phone:  304-234-0100
Fax:     304-234-0112

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing <u>RESPONDENT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND RESPONSE TO ORDER TO SHOW CAUSE</u> has been electronically filed with the Clerk of the Court by using the CM/ECF system this 5th day of June, 2014. The foregoing document has been furnished for delivery via first-class mail to the following non-CM/ECF participant:

Joshua Robert Daly
#11054-091
USP – Lewisburg
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

                                                <u>/s/ Helen Campbell Altmeyer</u>
                                                Assistant United States Attorney
                                                WV Bar # 117
                                                United States Attorney's Office
                                                Post Office Box 591
                                                Wheeling, WV 26003
                                                Phone: 304-234-0100
                                                Fax:    304-234-0112